CLERK, U.S. DISTRICT COURT
JUL - 9 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO ERNESTO MEJIA,<br><br>        Petitioner,<br><br>    v.<br><br>DERRAL G. ADAMS, WARDEN,<br><br>        Respondent. | NO. CV 05-1907-VBF (MAN)<br><br>JUDGMENT |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: July 9, 2008.

_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE